RICHARD CARL HEINEN *v.* FRANCIS ROWLEY HEINEN

No. 3490 (See 64 Nev. 527)

July 6, 1948.

*Per Curiam:*

Rehearing denied.